IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**JIM VENABLE COMPANY, INC.**                                                **PLAINTIFF**

v.                              **Case No. 4:11-cv-639-DPM**

**DAVID DELVALLE, an individual
d/b/a/ Window Depot USA of Buffalo;
WINDOW DEPOT OF BUFFALO, LLC,
a New York limited liability company; and
ELIZABETH DELVALLE, an individual**                                     **DEFENDANTS**

ORDER

The Court set a preliminary-injunction hearing for 22 September 2011 at 1:30 p.m. None of the Defendants appeared at the hearing. After hearing argument from the Plaintiff, and considering all the papers filed of record, the Court made the following rulings:

(1) the hearing on the merits of Plaintiff's motion for injunctive relief is continued to 7 October 2011 at 9:00 a.m. to ensure that the Defendants have notice and personal jurisdiction can be addressed;

(2) the parties may conduct discovery on the issue of personal jurisdiction between now and October 7th;

(3) David Delvalle may not represent the interests of Window Depot of Buffalo, LLC, because the LLC may only appear in federal court if it is represented by a lawyer, *Rowland v.*

*California Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 201-03 (1993);

(4) if the Delvalles intend to continue representing themselves, then they must immediately provide the Court and counsel opposite with current working telephone numbers and email addresses;

(5) the Plaintiff is directed to give Defendants notice of the October 7th hearing, and to file proof of notice, by 30 September 2011; and

(6) the Clerk is also directed to serve this Order via regular mail *and* certified mail with return receipt requested on David Delvalle individually at 2710 Walden, Suite 100, Cheektowaga, New York, 14277; Elizabeth Delvalle individually at 2710 Walden, Suite 100, Cheektowaga, New York, 14277; and Window Depot of Buffalo, LLC, c/o David Delvalle, at 2710 Walden, Suite 100, Cheektowaga, New York, 14277.

The Court notifies Defendants that it will hear argument about, and evidence on, Plaintiff's motion for a preliminary injunction on October 7th. And the Court intends to decide that motion at the end of the hearing. Defendants should appear and defend.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

23 September 2011