IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JIM VENABLE COMPANY, INC.,
d/b/a Window Depot USA, Inc., and
Window Depot USA.                                                    PLAINTIFF

v.                    No. 4:11-cv-639-DPM

DAVID DELVALLE, an individual
d/b/a/ Window Depot USA of Buffalo;
WINDOW DEPOT OF BUFFALO, LLC,
a New York limited liability company; and
ELIZABETH DELVALLE, an individual            DEFENDANTS

ORDER

Joint motion to dismiss, *Document No. 32*, granted. Jim Venable Company's complaint and Defendants' counterclaims are dismissed with prejudice. FED. R. CIV. P. 41(a)(2). The Court retains jurisdiction solely for the purpose of resolving any dispute arising from the permanent injunction. *Document No. 31*.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

12 April 2012