IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JIM VENABLE COMPANY, INC.,
d/b/a Window Depot USA, Inc., and
Window Depot USA                                                                PLAINTIFF

v.                              No. 4:11-cv-639-DPM

DAVID DELVALLE, an individual
d/b/a/ Window Depot USA of Buffalo;
WINDOW DEPOT OF BUFFALO, LLC,
a New York limited liability company; and
ELIZABETH DELVALLE, an individual                                  DEFENDANTS

## JUDGMENT

Jim Venable Company's complaint and Defendants' counterclaims are dismissed with prejudice. FED. R. CIV. P. 41(a)(2).

_____
D.P. Marshall Jr.
United States District Judge

12 April 2012